SCWC-30573 and SCWC-11-0000345

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CAREN DIAMOND and BEAU BLAIR,
Petitioners/Plaintiffs-Appellants/Appellees-Cross-Appellees,

vs.

CRAIG DOBBIN and WAGNER ENGINEERING SERVICES, INC.,
Respondents/Defendants-Appellees/Appellants-Cross-Appellees,

and

STATE OF HAWAI'I, BOARD OF LAND AND NATURAL RESOURCES,
Respondent/Defendant-Appellee/Appellee-Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30573, CAAP-11-0000345; CIV. NOS. 09-1-0197, 10-1-0116)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on

December 3, 2012 by Petitioners/Plaintiffs-Appellants/Appellees-

Cross-Appellees Caren Diamond and Beau Blair is hereby accepted

and will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, January 15, 2013.

Harold Bronstein,                 /s/ Mark E. Recktenwald
for petitioner
                                  /s/ Paula A. Nakayama

Walton D.Y. Hong
for respondents                   /s/ Simeon R. Acoba, Jr.
Craig Dobbin and
Wagner Engineering                /s/ Sabrina S. McKenna



Donna H. Kalama,                  /s/ Richard W. Pollack
Linda L.W. Chow,
and Julie H. China,
for respondent
State of Hawaiʻi,
Board of Land and
Natural Resources